Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

March 18 20 26

By _____  Joshua C. Lewis
                              Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEAN WADE EMERSON,<br><br>Defendant. | NO. CR26-5099 DGE<br><br>INDICTMENT |

The Grand Jury charges that:

## COUNT 1

### (Possession of Methamphetamine with Intent to Distribute)

On or about August 7, 2025, in Pierce County, within the Western District of Washington, DEAN WADE EMERSON did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), substances controlled under Title 21, United States Code.

//

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

It is further alleged that the offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers and 50 grams or more of actual methamphetamine.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

## COUNT 2

### (Felon in Possession of Ammunition)

On or about August 7, 2025, in Pierce County, within the Western District of Washington, DEAN WADE EMERSON, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

    i.     *Possession of Methamphetamine with Intent to Distribute (two counts) and Possession of a Stolen Firearm*, in United States District Court for the Western District of Washington, under case number CR14-5304 BHS, on or about June 1, 2015;

did knowingly possession, in and affecting interstate and foreign commerce, ammunition, that is: approximately 10 rounds of .45 caliber ammunition, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, DEAN WADE EMERSON shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

//

//

Indictment - 2
*United States v. Emerson*
USAO No. 2025R01157

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

Upon conviction of the offense alleged in Count 2, DEAN WADE EMERSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or,

e.   has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 3/18/2026

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
SARAH Y. VOGEL
Criminal Chief Assistant United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

Indictment - 3
*United States v. Emerson*
USAO No. 2025R01157

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970